In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 24-11487

————————————————

LUIS MANUEL RODRIGUEZ,

MARIA RODRIGUEZ,

  a.k.a. Maria Teresa Landa,

ALFREDO RAMON FORNS,

RAMON ALBERTO RODRIGUEZ,

RAUL LORENZO RODRIGUEZ, et al.,

*Plaintiffs-Appellants,*

*versus*

IMPERIAL BRANDS, PLC.,

CORPORACION HABANOS, S.A.,

WPP, PLC.,

YOUNG & RUBICAM, LLC.,

BCW, LLC.,

  a.k.a. Burson Cohn & Wolfe LLC,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:20-cv-23287-DPG

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 23, 2026

For the Court: DAVID J. SMITH, Clerk of Court